**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

BRIAN TOWNSEND,
Plaintiff,

vs.

GOODYEAR TIRE & RUBBER COMPANY

Defendant.

CV 01-907 RHK/JMM

--------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

ADA TOWNSEND,
Plaintiff,

vs.

GOODYEAR TIRE & RUBBER COMPANY,

Defendant.

CV 01-908 ADM/AJB

---

Case No.01-907 having been assigned to Judge RICHARD H. KYLE and Case No. 01-908 having later been assigned to Judge ANN D. MONTGOMERY, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-908 be assigned to Judge RICHARD H. KYLE, nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: July 17, 2001

RICHARD H. KYLE,Judge
United States District Court

Dated: July 18, 2001.

ANN D. MONTGOMERY,Judge
United States District Court

JUL 19 2001
FILED______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______