**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brian Townsend,

Plaintiff,

vs.

Goodyear Tire & Rubber Co.,

Defendant.

Court File No. 01–907 (RHK/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above entitled action, having been fully compromised and settled,

**NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action against may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Date: August 6, 2001

MURNANE, CONLIN, WHITE AND BRANDT
Professional Association

By [signature]
Thomas A. Gilligan, Jr., #202150
Attorneys for Defendant
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

Date: 21st, 2001

DANIELS & LABORE PLLP

By [signature]
Kenneth L. LaBore #244442
Attorneys for Plaintiff
125 S.E. Main Street, Suite 339
Minneapolis, MN 55414
(612) 331-2121

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

Dated: 8/21, 2001

Brian Townsend

Page Two of Dismissal
with prejudice
of Brian Townsend
v.
Goodyear Tire & Rubber

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action be, and the same is hereby dismissed with prejudice and on the merits, but without costs to either party.

Dated: 9/10, 2001.

BY THE COURT:

____________________________

472222